PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Richard Torruellas     Cr.: 21-00940 JMV
    PACTS #: 3412433

Name of Sentencing Judicial Officer:     THE HONORABLE GEOFFREY W. CRAWFORD
    U.S. DISTRICT JUDGE, DISTRICT OF VERMONT

Name of Assigned Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
    U.S. DISTRICT JUDGE

Date of Original Sentence: 05/16/2018

Original Offense:     Conspiracy to Distribute Heroin and Cocaine Base, in violation of 21 U.S.C. § 846, a Class C Felony.

Original Sentence: 54 months' imprisonment, 36 months' supervised release

Special Conditions: Search/Seizure, Forfeiture, Special Assessment, Drug Treatment, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Other Financial Obligation, Other Condition

Type of Supervision: Supervised Release     Date Supervision Commenced: 04/06/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **"You must refrain from unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court."**

On November 4, 2021, and December 21, 2021, a random home inspection was conducted at Torruellas' residence. On November 4, 2021, a urine specimen was secured, which tested positive for cocaine, confirmed by the national laboratory. On December 21, 2021, a urine specimen was secured, which tested positive for cocaine and fentanyl. Those results remain pending. Torruellas denied consumption of cocaine or any other illicit substances; however, inquired about testing positive while being around other individuals who engage in the consumption of cocaine.

In addition, Torruellas was previously referred to Integrity House for outpatient substance abuse treatment. Although attending his substance abuse groups virtually, Torruellas has failed to submit a urine specimen with Integrity since October 15, 2021.

Prob 12A – page 2
Richard Torruellas

U.S. Probation Officer Action:

The Probation Office is recommending no Court action be taken at this time. Although this is not Torruellas' first instance of non-compliance, he has remained marginally engaged and compliant with his substance abuse treatment program at Integrity House in Newark and continues to be responsive to the Probation Office. In response to his relapse, his treatment plan was amended to include increased testing and groups that address the development of appropriate coping skills to support his ability to maintain his sobriety.

Due to Torruellas' relapse, the undersigned officer will be increasing random urine testing to monitor for any use of illicit substances and monitor his compliance with outpatient substance abuse treatment plan. If Torruellas' non-compliance continues, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   *Erin A. DeSilva*
       ERIN A. DESILVA
       U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*                    12/28/2021
ELISA MARTINEZ              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

12/28/21
Date